1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| MERIKA G. OLSON,<br><br>             Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>             Defendant. | CASE NO.    C08-5383KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**.  Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

The clerk is directed to send copies of this Order to counsel of record and to issue the Summonses.

DATED this 26th day of June, 2008.

*/s/ Karen L. Strombom*

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1