# United States District Court

WESTERN DISTRICT OF WASHINGTON

MERIKA G. OLSON,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5383BHS/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

  That the Commissioner's final decision should be reversed and remanded for further administrative proceedings, in accordance with sentence four of 42 U.S.C. §405(g). Upon remand, the Commissioner shall comply with the specific instructions set forth in this Court's Order of **1/28/09**.


| January 29, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                     *s/CM Gonzalez*
                     Deputy Clerk