UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MERIKA G. OLSON,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant | Civil No. 3:08-cv-5383-BHS<br><br><br>JUDGMENT |

　　The Court hereby enters JUDGMENT that this case is REVERSED and REMANDED for further administrative proceedings under sentence four of 42 U.S.C. § 405(g) as noted in this Court's ORDER.

　　DATED this 28th day of January, 2009.

_____
BENJAMIN H. SETTLE
United States District Judge

Page 1　　JUDGMENT - [3:08-CV-5383-BHS]