# United States District Court

WESTERN DISTRICT OF WASHINGTON

MERIKA GAYLE OLSON

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C08-5383BHS

-     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- XX     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff is awarded EAJA fees of $4,061.98 and expenses in the amount of $20.82, pursuant to 28 U.S.C. § 2412(d).

| March 31, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                        *s/CM Gonzalez*
                                        Deputy Clerk